# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
PHILLIP JAMES JOHNSON.

MARTIN F. JOHNSON,
                Appellant,
        vs.
BRANDON DURAN SMITH,
                Respondent.

No. 69792

**FILED**

SEP 01 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order settling accounts and authorizing the distribution of property and payments to beneficiaries. On July 27, 2016, this court entered an order directing appellant to file the docketing statement and the opening brief within 15 days. We cautioned appellant that failure to file the documents could result in the dismissal of this appeal. To date, appellant has failed to file the documents; accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-27232

cc: Hon. Gloria Sturman, District Judge
Martin F. Johnson
Bryan A. Lowe & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A